**No. 42092.**—Protest 943003–G of B. D. Kaplan & Co., Inc. (New York).

Opinion by KEEFE, J. From the evidence it was found that the importer used a more accurate method of obtaining the total weight of the shipment than was used by the Government and that the possibility of error was less likely. The protest was therefore sustained.

**No. 42093.**—Protests 835443–G, etc., of Pistorino & Co., Inc., et al. (Boston).

Opinion by KEEFE, J. On the authority of Locatelli v. United States (T. D. 49302) and Abstract 40880 the protests were sustained.

**No. 42094.**—Protests 818233–G, etc., of Armour & Co. et al. (New York).

Opinion by KEEFE, J. The protests were sustained on the authority of Abstract 40880 and Locatelli v. United States (T. D. 48284).

**No. 42095.**—Protests 816699–G, etc., of P. Pastene & Co., Inc. (New York).

Opinion by KEEFE, J. The protests were sustained on the authority of Abstract 40880 and Locatelli v. United States (T. D. 48284).

**No. 42096.**—Protests 963727–G, etc., of G. Ascione, Inc., et al. (New York).

Opinion by KEEFE, J. On the authority of Abstract 40880 the protests were sustained.